AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LOCAL 705 INTERNATIONAL
BROTHERHOOD OF TEAMSTERS
PENSION FUND, et al.

V.

INDUSTRIAL TRANSPORT, INC., an Ohio corporation

CASE NUMBER:

ASSIGNED JUDGE: 08CV2652   TD

DESIGNATED MAGISTRATE JUDGE: JUDGE LINDBERG
MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

Industrial Transport, Inc.
c/o U-B Corporation, Registered Agent
1660 W. 2nd Street, Suite 1100
Cleveland, OH  44113-1454

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_(signature)_

(By) DEPUTY CLERK

May 8, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5-13-08 |
| NAME OF SERVER (PRINT)  James Bitterman | TITLE  Deputy Sheriff |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Personally on U.B Corp. C/o Ms. Sullivan

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: _____

☒ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 2.50 | 6.00 | 8.50 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-13-08
Date

Signature of Server

Address of Server: 1215 W. 3rd St. Cleve, OH 44113

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.