IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOCAL 705 INTERNATIONAL BROTHER-HOOD OF TEAMSTERS PENSION FUND, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 08 C 2652 |
| INDUSTRIAL TRANSPORT, INC., an Ohio corporation, | ) ) ) | JUDGE GEORGE W. LINDBERG |
| Defendant. | ) ) | |

**MOTION FOR ENTRY OF DEFAULT AND FOR AN ORDER
DIRECTING DEFENDANT TO TURN OVER
MONTHLY FRINGE BENEFIT CONTRIBUTION REPORTS**

NOW COME Plaintiffs, by their attorneys, and move for entry of default and for an order directing INDUSTRIAL TRANSPORT, INC., an Ohio corporation, Defendant herein, to turn over monthly fringe benefit contribution reports due for the months of February 2008 through the present date, pursuant to the Agreements and Declarations of Trust to which Defendant is bound, said Defendant having failed to answer or otherwise plead to the Complaint and the monthly contribution reports being required in order to liquidate Plaintiffs' claims.

On May 13, 2008, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Ms. Sullivan) at the registered office of record (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on June 2, 2008. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default.

/s/   Patrick N. Ryan

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 18th day of June 2008:

      U-B Corporation, Registered Agent
      Industrial Transport, Inc.
      1660 W. 2nd Street, Suite 1100
      Cleveland, OH   44113-1454


      /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\705j\Industrial Transport\motion for default and reports.pnr.df.wpd

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.* | Docket Number: _____ |
| V. | **06CV4376**<br>**JUDGE DARRAH**<br>**MAG. JUDGE KEYS** |
| INDUSTRIAL MECHANICAL SERVICES, INC., a corporation | |

TO:   Industrial Mechanical Services, Inc.
c/o Kathy A. Berner, Registered Agent
865 Martin Drive
Elgin, IL   60120

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS:

> Catherine M. Chapman
> Beverly P. Alfon
> Jennifer L. Dunitz-Geiringer
> BAUM SIGMAN AUERBACH & NEUMAN, LTD.
> 200 West Adams Street, Suite 2200
> Chicago, IL 60606-5231
> (312) 236-4316

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**MICHAEL W. DOBBINS**
Michael W. Dobbins, Clerk
(by) Deputy Clerk

Date __AUG 1 4 2006__

**State of Illinois**

**General No.: 06CV4376**

**County of USDC CHICAGO**

### AFFIDAVIT OF SERVICE

JULAINE LEIGH deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 8/17/2006 at 3:46:00 PM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with Industrial Mechanical Services, Inc. as shown below:

Served the wihin named Industrial Mechanical Services, Inc. by delivering a true and correct copy of the SUMMONS and COMPLAINT , to Josie a person authorized to accept service of process as agent.

Said service was effected at 735 Schneider Ave., South Elgin, IL 60177

Description of Person Served Sex:   Height:   Weight:   Race:   Age:

Additional or Other Information:
Defendant does not reside at 865 Martin Dr., Elgin, IL 60120. Said address is a vacant home.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_8-18-06_
Dated

_Julaine Leigh_ (signature)
Julaine Leigh
117-000192