IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 705 INTERNATIONAL BROTHER-HOOD OF TEAMSTERS PENSION FUND, *et al.*, ) ) ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | NO. 08 C 2652 |
| vs. ) | |
| ) | JUDGE GEORGE W. LINDBERG |
| INDUSTRIAL TRANSPORT, INC., an Ohio corporation, ) ) ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

TO:  U-B Corporation, Registered Agent
Industrial Transport, Inc.
1660 W. 2nd Street, Suite 1100
Cleveland, OH 44113-1454

YOU ARE HEREBY NOTIFIED that on **Wednesday**, the **25th** day of **June 2008** at **9:30 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable George W. Lindberg, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1425, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and for an Order Directing Defendant to Turn Over Monthly Fringe Benefit Contribution Reports. A copy of said motion is hereby served upon you.

/s/   Patrick N. Ryan

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 18th day of June 2008:

                U-B Corporation, Registered Agent
                Industrial Transport, Inc.
                1660 W. 2nd Street, Suite 1100
                Cleveland, OH   44113-1454


                /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\705j\Industrial Transport\notice of motion.pnr.df.wpd