IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 705 INTERNATIONAL BROTHER-HOOD OF TEAMSTERS PENSION FUND, *et al.*, </br></br>            Plaintiffs, </br></br>vs. </br></br>INDUSTRIAL TRANSPORT, INC., an Ohio corporation, </br></br>            Defendant. | CIVIL ACTION </br></br>NO. 08 C 2652 </br></br>JUDGE GEORGE W. LINDBERG |

## AFFIDAVIT

STATE OF ILLINOIS    )
                           ) SS.
COUNTY OF COOK    )

JACK WITT, being first duly sworn upon his oath, deposes and says:

1. I am the Administrator of Plaintiffs, LOCAL 705 INTERNATIONAL BROTHERHOOD OF TEAMSTERS PENSION FUND and LOCAL 705 INTERNATIONAL BROTHERHOOD OF TEAMSTERS HEALTH & WELFARE FUND.

2. I have read the Complaint filed in this cause, and I know of my own personal knowledge the contents of the Agreements and Declarations of Trust and all facts alleged therein, and if called and sworn as a witness I am competent to testify thereto.

3. I am charged with keeping and maintaining records of contributions received by the Plaintiff Funds, maintain individual records on each person, firm and corporation required to make contributions to said Plaintiff Funds, receive and record contribution reports made by such

persons, firms or corporations, and have under my supervision and direction all books, records, documents and papers relating to such Plaintiff Funds.

4. I have examined the account of Defendant in the above-entitled cause, and state that said Defendant:

(a) is required to make monthly contribution reports under the terms of the collective bargaining agreement;

(b) has failed to submit its monthly contribution reports due for the period February 2008 to the present.

5. Because of the Defendant's failure to submit the required monthly contribution reports, Affiant is unable to determine the amounts, if any, that may be due and owing to Plaintiffs.

6. I am duly authorized by Plaintiffs in the making of this Affidavit, I have personal knowledge of the matters set forth above, and if called as a witness, I am competent to testify thereto.

7. I make this Affidavit in support of the application of Plaintiffs for entry of default and for an order requiring Defendant to turn over its required monthly fringe benefit contribution reports for February 2008 forward and requests that this Court consider it as proof in support of the allegations contained in the Complaint and such other facts as herein set forth.

FURTHER AFFIANT SAYETH NOT.

_____
JACK WITT

SUBSCRIBED AND SWORN
TO before me this 4th
day of June 2008.

_____
NOTARY PUBLIC

I:\705j\Industrial Transport\witt affidavit.pnr.df.wpd

OFFICIAL SEAL
SUSAN PASTORE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/13/09

2

## CERTIFICATE OF SERVICE

    The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Affidavit of Jack Witt) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 18th day of June 2008:

        U-B Corporation, Registered Agent
        Industrial Transport, Inc.
        1660 W. 2nd Street, Suite 1100
        Cleveland, OH  44113-1454


        /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\705j\Industrial Transport\witt affidavit.pnr.df.wpd