UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Local 705 International Brotherhood Of Teamsters
Pension Fund, et al.
                    Plaintiff,

v.                    Case No.:
                    1:08−cv−02652

                    Honorable George
                    W. Lindberg

Industrial Transport, Inc.
                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable George W. Lindberg:Plaintiffs' motion for entry of default as to defendants is granted. Plaintiff's motion directing defendant to turn over monthly fringe benefit contribution reports is granted. No court appearance required on 6/25/2008. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.