IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOCAL 705 INTERNATIONAL BROTHER-HOOD OF TEAMSTERS PENSION FUND, *et al.*, | ) ) ) | |
| | ) | CIVIL ACTION |
| Plaintiffs, | ) ) | NO. 08 C 2652 |
| vs. | ) ) | JUDGE GEORGE W. LINDBERG |
| INDUSTRIAL TRANSPORT, INC., an Ohio corporation, | ) ) ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on June 24, 2008, request this Court enter judgment against Defendant, INDUSTRIAL TRANS-PORT, INC.  In support of that Motion, Plaintiffs state:

1.    On June 24, 2008, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to submit its monthly fringe benefit contribution reports for February 2008 forward within 14 days of the entry of the June 24, 2008 Order.  The Court also retained jurisdiction to enter judgment against Defendant.

2.    On June 25, 2008, Plaintiffs received Defendant's fringe benefit contribution reports for the months of March 2008 through May 2008.  Thereafter, on July 14, 2008, Plaintiffs received Defendant's fringe benefit contribution report for June 2008.  The contribution reports show that the Defendant is delinquent in contributions to the Welfare Fund in the amount of $5,740.00 and to the Pension Fund in the amount of $5,775.00.  (See Affidavit of Jack Witt).  The contribution reports for March 2008 through June 2008 are attached hereto.

3.      Plaintiff Welfare Fund received partial payments totaling $1,000.00 toward contributions due for March 2008 through June 2008.

4.      The amount of $1,426.80 is due the Welfare Fund and $1,435.50 is due the Pension Fund for liquidated damages for the months of April 2007 through June 2007, September 2007, October 2007 and January 2008 through June 2008.  (Witt Aff. Par. 5).

5.      Additionally, the amount of $187.49 is due the Welfare Fund and $188.63 is due the Pension Fund for interest for the months of April 2007 through June 2007, September 2007, October 2007 and January 2008 through June 2008.  (Witt Aff. Par. 6).

6.      In addition, Plaintiffs' firm has expended the total amount of $1,417.50 in attorneys' fees and $358.50 in costs in this matter.  (See Affidavit of Catherine M. Chapman).

7.      Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $15,529.42.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $15,529.42.

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail

to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 3rd day of September 2008:

U-B Corporation, Registered Agent
Industrial Transport, Inc.
1660 W. 2nd Street, Suite 1100
Cleveland, OH   44113-1454

Ms. Peg Young
Industrial Transport, Inc.
2330 E. 79th Street
Cleveland, OH   44104-2161

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\705j\Industrial Transport\motion-judgment.pnr.df.wpd

# EMPLOYER'S REMITTANCE FORM

## LOCAL 705 I.B. OF T. PENSION AND HEALTH AND WELFARE FUNDS
### 1645 WEST JACKSON BLVD. CHICAGO, IL 60612-3227
### (312) 738-2811

PAGE 1 of 2
PRINTED: 3/28/2008

TEL. NO. __216-881-5052__        ACCT. NO. __375__

**INDUSTRIAL TRANSPORT INC**
2330 E 79TH ST
CLEVELAND OH 44104-2161

| | | |
|---|---|---|
| TOTAL EMPLOYEES | COLLECTIONS AND CONTRIBUTIONS FOR | RATES PER AMOUNT |
| 7 | 3/2008 | H & W 164.000    PEN 165.000 |

w/E
3/2 3/9 3/16 3/23 3/30

| | SOCIAL SECURITY NUMBER | MEMBER | DAYS WORKED IN PERIOD BY WEEK | | | | | TOTAL DAYS | | | CODE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1ST | 2ND | 3RD | 4TH | 5TH | | | | | |
| 1 | -2643 | HICKMAN CLYDE | ✓ | ✓ | ✓ | ✓ | | 25 | 21 | | F | |
| 2 | -4652 | HOOPER SR BARRON | ✓ | L | ✓ | ✓ | | 25 | 16 | | F | |

**Work Codes**

N = New
R = Return
T = Terminated (Reason/Date)
P = Pension/Retirement
S = Sick
O = Occupational Injury
D = Total Disability
C = Casual
L = Layoff
E = Death
F = Full Time

**TOTAL DAYS REPORTED**

| | | | |
|---|---|---|---|
| 37 | | 50 | Duplicates copy, company to retain this copy |

**HEALTH AND WELFARE FUND**

32.800 X 50 37 = 1640.00 (+/- _____ ADJUSTMENT = 1,213.60 PAY TOTAL TO LOCAL 705 H & W FUND    CHECK $
DAILY RATE   TOTAL DAYS REPORTED   TOTAL

**PENSION FUND**

33.000 X 50 37 = 1650.00 (+/- _____ ADJUSTMENT = 1,122.00 PAY TOTAL TO LOCAL 705 H & W FUND    CHECK $
DAILY RATE   TOTAL DAYS REPORTED   TOTAL

This employer, through its authorized representative for the purposes of submitting same and whose signature appears below, hereby certifies to the Trustees of the Welfare and Pension Funds, that each and every person whose name is set forth above and for whom contributions are being made is an employee of the Employer and covered by a written collective bargaining agreement between the Employer and Local Union, for the period of time for which the contributions are being made. The employees listed above are the only employees for whom the Employer is required to make contribution to the Fund(s)

_____
Authorized Signature

4/10/08
Date

# EMPLOYER'S REMITTANCE FORM

PAGE 1 of 2
PRINTED: 4/28/2008

## LOCAL 705 I.B. OF T. PENSION AND HEALTH AND WELFARE FUNDS
### 1645 WEST JACKSON BLVD. CHICAGO, IL 60612-3227
### (312) 738-2811

TEL. NO. 216-881-5052          ACCT. NO. 375

INDUSTRIAL TRANSPORT INC
2330 E 79TH ST
CLEVELAND OH 44104-2161

| | TOTAL EMPLOYEES | COLLECTIONS AND CONTRIBUTIONS FOR | RATES PER AMOUNT |
|---|---|---|---|
| | 7 | 4/2008 | H & W    PEN |
| | | | 164.000  165.000 |

| | SOCIAL SECURITY NUMBER | MEMBER | 1ST | 2ND | 3RD | 4TH | 5TH | TOTAL DAYS | | | CODE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | DAYS WORKED IN PERIOD BY WEEK | | | | | | | | | |
| 1 | -2643 | HICKMAN CLYDE | ✓ | ✓ | ✓ | ✓ | | 20 | | | F | |
| 2 | -4652 | HOOPER SR BARRON | — | ✓ | ✓ | ✓ | | 20 | 15 | | F | |
| | | | w/e 4/6 | w/e 4/13 | w/e 4/20 | w/e 4/27 | | | | | | |

## Work Codes

N = New
R = Return
T = Terminated (Reason/Date)
P = Pension/Retirement
S = Sick
O = Occupational Injury
D = Total Disability
C = Casual
L = Layoff
E = Death
F = Full Time

TOTAL DAYS REPORTED
40

Duplicate copy, company to retain this copy

**HEALTH AND WELFARE FUND** 35

$\dfrac{32.800}{\text{DAILY RATE}}$ X $\dfrac{40}{\text{TOTAL DAYS REPORTED}}$ = $\dfrac{1312.00}{\text{TOTAL}}$ (+/-) _____ = $1,148.00

ADJUSTMENT    PAY TOTAL TO LOCAL 705 H & W FUND    CHECK #

**PENSION FUND** 35

$\dfrac{33.000}{\text{DAILY RATE}}$ X $\dfrac{40}{\text{TOTAL DAYS REPORTED}}$ = $\dfrac{1320.00}{\text{TOTAL}}$ (+/-) _____ = $1,155.00

ADJUSTMENT    PAY TOTAL TO LOCAL 705 INT PENSION FUND    CHECK #

This employer, through its authorized representative for the purposes of submitting name and whose signature appears below, hereby certifies to the Trustees of the Welfare and Pension Funds, that each and every person whose name is set forth above and for whom contributions are being made is an employee of the Welfare and covered by a written collective bargaining agreement between the Employer and Local Union, for the period of time for which the contributions are being made. The employees listed above are the only employees for whom the Employer is required to make contribution to the Fund(s)

Authorized Signature          5/10/08
                                Date

## EMPLOYER'S REMITTANCE FORM

### LOCAL 705 I.B. OF T. PENSION AND HEALTH AND WELFARE FUNDS
### 1645 WEST JACKSON BLVD. CHICAGO, IL 60612-3227
### (312) 738-2811

TEL. NO. 216-881-5052          ACCT. NO. 375

**INDUSTRIAL TRANSPORT INC**
**2330 E 79TH ST**
**CLEVELAND OH 44104-2161**

| | TOTAL EMPLOYEES | COLLECTIONS AND CONTRIBUTIONS FOR | RATES PER AMOUNT | |
|---|---|---|---|---|
| | 7 | 5/2008 | H & W 164.000 | PEN 165.000 |

*NE*
*5/4 5/11 5/18 5/25*

| | SOCIAL SECURITY NUMBER | MEMBER | DAYS WORKED IN PERIOD BY WEEK | | | | | TOTAL DAYS | | | CODE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1ST | 2ND | 3RD | 4TH | 5TH | | | | | |
| 1 | -2643 | HICKMAN CLYDE | 5 | 5 | 5 | 5 | | 25 | 20 | | F | |
| 2 | -4652 | HOOPER SR BARRON | 0 | 5 | 5 | 5 | | 25 | 15 | | F | |

**Work Codes**
N = New
R = Return
T = Terminated (Reason/Date)
P = Pension/Retirement
S = Sick
O = Occupational Injury
D = Social Disability
C = Casual
L = Layoff
E = Death
F = Full Time

**TOTAL DAYS REPORTED** 50

Duplicate copy, company to retain this copy

**HEALTH AND WELFARE FUND**

| 32.800 DAILY RATE | X | 50 35 TOTAL DAYS REPORTED | = | 1640.00 TOTAL | (+/- | ADJUSTMENT | = $1,148.00 PAY TOTAL TO LOCAL 705 1ST H & W FUND | CHECK # |
|---|---|---|---|---|---|---|---|---|

**PENSION FUND**

| 33.000 DAILY RATE | X | 50 35 TOTAL DAYS REPORTED | = | 1650.00 TOTAL | (+/- | ADJUSTMENT | = $1,155.00 PAY TOTAL TO LOCAL 705 1ST PENSION FUND | CHECK # |
|---|---|---|---|---|---|---|---|---|

This employer, through its authorized representative for the purposes of submitting same and whose signature appears below, hereby certifies to the Trustees of the Welfare and Pension Funds, that each and every person whose name is set forth above and for whom contributions are being made is an employee of the Employer and covered by a written collective bargaining agreement between the Employer and Local Union, for the period of time for which the contributions are being made. The employees listed above are the only employees for whom the Employer is required to make contributions to the Fund(s)

_____          6/25/08
Authorized Signature                  Date

**EMPLOYER'S REMITTANCE FORM**

**LOCAL 705 I.B. OF T. HEALTH & WELFARE AND PENSION FUNDS**

1645 WEST JACKSON BLVD • CHICAGO, ILLINOIS 60612-3227
TELEPHONE 312/738-2811

PRINTED: 6/24/2008

TEL NO. 216-681-5052   ACCT. NO. 375

INDUSTRIAL TRANSPORT INC
2330 EAST 79TH STREET
CLEVELAND          OH 44104

| | TOTAL EMPLOYEES | COLLECTIONS AND CONTRIBUTIONS FOR | RATES PER AMOUNT |
|---|---|---|---|
| | 7 | 6/2008 | H & W  PEN |
| | | | 164.000  163.000 |

| SOCIAL SECURITY NUMBER | NAME | DAYS WORKED IN PERIOD | | | | TOTAL DAYS | | | CODE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| -0909 | HAMILTON MARK | | | | | | | | C | |
| -3700 | NOBLE GREGORY J | | | | | | | | C | |
| -7237 | WALKER CYNTHIA | | | | | | | | C | |
| -9106 | WILSON NICOLE E | ✓ | ✓ | ✓ | ✓ | 20 | | | C | |
| -5278 | SANDRENO ANTHONY | | | | | | | | C | |

TOTAL DAYS REPORTED   20

**WORK CODES**

HEALTH AND WELFARE FUND:

| 32.800 | x | 20 | = | 656.00 | |
|---|---|---|---|---|---|
| DAILY RATE | | TOTAL DAYS REPORTED | | TOTAL | ADJUSTMENT |

PAY TOTAL TO LOCAL 705 H&W FUND    CHECK #

PENSION FUND:

| 33.000 | x | 20 | = | 660.00 | |
|---|---|---|---|---|---|
| DAILY RATE | | TOTAL DAYS REPORTED | | TOTAL | ADJUSTMENT |

PAY TOTAL TO LOCAL 705 I.B.T. PENSION FUND    CHECK #

Authorized Signature    7/14/08

PAYMENTS ARE DUE ON OR BEFORE THE 10TH OF THE MONTH – A LATE PENALTY WILL APPLY FOR ALL DELINQUENT MONTHS
ENTER DATE OF ADDITION OR TERMINATION FOR ALL CODE CHANGES

PRINTED: 6/24/2008

**EMPLOYER'S REMITTANCE FORM**

## LOCAL 705 I.B. OF T. HEALTH & WELFARE AND PENSION FUNDS

1645 WEST JACKSON BLVD. - CHICAGO, ILLINOIS 60612-0297
TELEPHONE 312/789-2811

TEL. NO. 216-881-5052     ACCT NO. 375

| | TOTAL EMPLOYEES | COLLECTIONS AND CONTRIBUTIONS FOR | RATES PER AMOUNT |
|---|---|---|---|

INDUSTRIAL TRANSPORT INC
2330 EAST 79TH STREET

CLEVELAND        OH 44104

Total Employees: 7    6/2008    H & W 164.000    PEN 165.000

| SOCIAL SECURITY NUMBER | NAME | | | | | | TOTAL DAYS | | CODE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| -8643 | HICKMAN CLYDE | | | | | | 20 | | F | |
| -4652 | HOOPER SR BARRON | | | | | | 20 | | F | |
| | | | | | | | | | | |

TOTAL DAYS REPORTED
40

**WORK CODES**
N = New
R = Return
T = Terminated (Pension/Date)
P = Pension/Retirement
S = Sick
O = Occupational Injury
D = Total Disability
M = To Management
C = Casual
L = Layoff
D = Death
F = Full Time

**HEALTH AND WELFARE FUND:**

| DAILY RATE | TOTAL DAYS REPORTED | TOTAL | ADJUSTMENT | PAY TOTAL TO LOCAL 705 IBT H&W FUND | CREDIT |
|---|---|---|---|---|---|
| 32.800 | 40 | 1312.00 | | | |

**PENSION FUND:**

| DAILY RATE | TOTAL DAYS REPORTED | TOTAL | ADJUSTMENT | PAY TOTAL TO LOCAL 705 IBT PENSION FUND | CREDIT |
|---|---|---|---|---|---|
| 33.000 | 40 | 1320.00 | | | |

This employer, through an authorized representative for the purposes of submitting same and whose signature appears below, hereby certifies to the Trustees of the Welfare and Pension Funds, that each and every person whose name is set forth above and for whom contributions are being made is an employee of the Employer and covered by a written collective bargaining agreement between the Employers and the Local Union for the period of time for which the contributions are being made. The employees listed above are the only employees for whom the Employer is required to make contributions to the Fund(s).

Authorized Signature        7/14/08        Date

PAYMENTS ARE DUE ON OR BEFORE THE 10TH OF THE MONTH – A LATE PENALTY WILL APPLY FOR ALL DELINQUENT MONTHS