IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOCAL 705 INTERNATIONAL BROTHER-HOOD OF TEAMSTERS PENSION FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| | ) | NO. 08 C 2652 |
| vs. | ) ) | JUDGE GEORGE W. LINDBERG ) |
| INDUSTRIAL TRANSPORT, INC., an Ohio corporation, | ) ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on June 24, 2008, request this Court enter judgment against Defendant, INDUSTRIAL TRANS-PORT, INC. In support of that Motion, Plaintiffs state:

1. On June 24, 2008, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to submit its monthly fringe benefit contribution reports for February 2008 forward within 14 days of the entry of the June 24, 2008 Order. The Court also retained jurisdiction to enter judgment against Defendant.

2. On June 25, 2008, Plaintiffs received Defendant's fringe benefit contribution reports for the months of March 2008 through May 2008. Thereafter, on July 14, 2008, Plaintiffs received Defendant's fringe benefit contribution report for June 2008. The contribution reports show that the Defendant is delinquent in contributions to the Welfare Fund in the amount of $5,740.00 and to the Pension Fund in the amount of $5,775.00. (See Affidavit of Jack Witt). The contribution reports for March 2008 through June 2008 are attached hereto.

3. Plaintiff Welfare Fund received partial payments totaling $1,000.00 toward contributions due for March 2008 through June 2008.

4. The amount of $1,426.80 is due the Welfare Fund and $1,435.50 is due the Pension Fund for liquidated damages for the months of April 2007 through June 2007, September 2007, October 2007 and January 2008 through June 2008. (Witt Aff. Par. 5).

5. Additionally, the amount of $187.49 is due the Welfare Fund and $188.63 is due the Pension Fund for interest for the months of April 2007 through June 2007, September 2007, October 2007 and January 2008 through June 2008. (Witt Aff. Par. 6).

6. In addition, Plaintiffs' firm has expended the total amount of $1,417.50 in attorneys' fees and $358.50 in costs in this matter. (See Affidavit of Catherine M. Chapman).

7. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $15,529.42.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $15,529.42.

/s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail

to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 3rd day of September 2008:

U-B Corporation, Registered Agent
Industrial Transport, Inc.
1660 W. 2nd Street, Suite 1100
Cleveland, OH 44113-1454

Ms. Peg Young
Industrial Transport, Inc.
2330 E. 79th Street
Cleveland, OH 44104-2161

/s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\705j\Industrial Transport\motion-judgment.pnr.df.wpd