IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 705 INTERNATIONAL BROTHER-HOOD OF TEAMSTERS PENSION FUND, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>INDUSTRIAL TRANSPORT, INC., an Ohio corporation,<br><br>Defendant. | CIVIL ACTION<br><br>NO. 08 C 2652<br><br>JUDGE GEORGE W. LINDBERG |

### AFFIDAVIT

STATE OF ILLINOIS )
) SS.
COUNTY OF COOK )

JACK WITT, being first duly sworn upon his oath, deposes and says:

1. I am the Administrator of Plaintiffs, LOCAL 705 INTERNATIONAL BROTHERHOOD OF TEAMSTERS PENSION FUND and LOCAL 705 INTERNATIONAL BROTHERHOOD OF TEAMSTERS HEALTH & WELFARE FUND.

2. I have read the Complaint filed in this cause, and I know of my own personal knowledge the contents of the Agreements and Declarations of Trust and all facts alleged therein, and if called and sworn as a witness I am competent to testify thereto.

3. I am charged with keeping and maintaining records of contributions received by the Plaintiff Funds, maintain individual records on each person, firm and corporation required to make contributions to said Plaintiff Funds, receive and record contribution reports made by such persons, firms or corporations, and have under my supervision and direction all books, records, documents and papers relating to such Plaintiff Funds.

4. I have examined the account of Defendant in the above-entitled cause, and state that said Defendant:

(a) is required to make monthly contribution reports under the terms of the collective bargaining agreement;

(b) has submitted its monthly fringe benefit contribution reports due for the months of March 2008 through June 2008 but has failed to submit the contributions which it acknowledges therein to be due in the amount of $5,740.00 to the Welfare Fund and in the amount of $5,775.00 to the Pension Fund.

5. Plaintiff Welfare Fund received partial payments totaling $1,000.00 toward contributions due for March 2008 through June 2008.

6. The amount of $1,426.80 is due the Welfare Fund and $1,435.50 is due the Pension Fund for liquidated damages for the months of April 2007 through June 2007, September 2007, October 2007 and January 2008 through June 2008.

7. Additionally, the amount of $187.49 is due the Welfare Fund and $188.63 is due the Pension Fund for interest for the months of April 2007 through June 2007, September 2007, October 2007 and January 2008 through June 2008.

8. I am duly authorized by Plaintiffs in the making of this Affidavit, I have personal knowledge of the matters set forth above, and if called as a witness, I am competent to testify thereto.

9. I make this Affidavit in support of the application of Plaintiffs for entry of judgment and requests that this Court consider it as proof in support of the allegations contained in the Complaint and such other facts as herein set forth.

FURTHER AFFIANT SAYETH NOT.

_____
JACK WITT

SUBSCRIBED AND SWORN
TO before me this 2nd
day of August 2008.
        Sept
_____
NOTARY PUBLIC

I:\705j\Industrial Transport\witt affidavit-judgment.pnr.df.wpd

OFFICIAL SEAL
WANDA E STEARNS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/07/10

2

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Affidavit of Jack Witt) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 3rd day of September 2008:

      U-B Corporation, Registered Agent
      Industrial Transport, Inc.
      1660 W. 2nd Street, Suite 1100
      Cleveland, OH   44113-1454

      Ms. Peg Young
      Industrial Transport, Inc.
      2330 E. 79th Street
      Cleveland, OH   44104-2161

      /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\705j\Industrial Transport\witt affidavit-judgment.pnr.df.wpd